**DISMISS; Opinion issued February 13, 2013**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-00821-CV**

**ORR VENTURE, LTD., Appellant**

V.

**SHELIA HUSSEIN, LUSAI, LLC, AND TETCO STORES, LP, Appellee**

On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-04752-F

**MEMORANDUM OPINION**

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

The Court has before it appellant's February 5, 2013 letter requesting that we dismiss this

appeal. We **GRANT** the request and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

120821F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ORR VENTURE, LTD., Appellant

No. 05-12-00821-CV V.

SHELIA HUSSEIN, LUSAI, LLC, AND
TETCO STORES, LP, Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-08-04752-F.
Opinion delivered per curiam before Chief
Justice Wright and Justices Lang-Miers and
Lewis.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SHELIA HUSSEIN, LUSAI, LLC, AND TETCO
STORES, LP recover their costs of this appeal from appellant ORR VENTURE, LTD.

Judgment entered February 13, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE